**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

-------------------------------------------------------------------------X

HALLMARK LICENSING, LLC,

      Plaintiff,

                Case No.: 24-cv-00112

  v.

THE PARTERNSHIPS and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.
-------------------------------------------------------------------------X

**<u>DECLARATION OF LIPING CHEN</u>**

I, Liping Chen, declare as follows:

1. I am the Operation Manager of Guangzhou Guanteng Shi Pin Co., Ltd. ("Guangzhou Guanteng"), which owns and operates the storefront Kekeduck. Guangzhou Guanteng owns the PayPal account guantengtrading@hotmail.com.

2. I am over 18 years of age; I make this declaration based on my personal knowledge and a review of business records maintained in the ordinary course of business. If called as a witness, I can competently testify to the matters stated herein.

3. Attached as **Exhibit A** is an accurate copy of the business license of Guangzhou Guanteng as it existed at the time of the alleged service.

4. The Business License shows the registered business address for Guangzhou Guanteng is "广州市番禺区沙头街沙头村碧沙环村街111号315", the same physical address as the one listed in Kekeduck's seller profile on Amazon – "沙头街沙头村碧沙环村街111号315，广州市，番禺区，广东省，511400，CN" - as shown in Paragraph 4 of my first

1

declaration. The order of components is slightly different because China follows a largest-to-smallest structure for address, and the U.S. follows a smallest-to-largest structure for address. This address is a true and real physical address for Guangzhou Guanteng and where the company could have been served at the time of the alleged service.

5. The Business License, is an official certificate, issued by Guangzhou Panyu District Market Supervision and Administration Bureau on March 4, 2022, and certifies Guangzhou Guanteng's eligibility to operate within Mainland China.

6. This declaration was translated to me in Mandarin Chinese.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on February _____ 25 _____, 2025 in Fujian Province, China.


Dated: February _____ 25 _____, 2025          By: ___ Liping Chen ___

                                                   Liping Chen