# Exhibit A



编号：S2612022008846G(2-2)

**统一社会信用代码**

91440113MA9YBB1N94

# 营业执照

（副 本）



扫描二维码登录
'国家企业信用
信息公示系统'
了解更多登记、
备案、许可、监
管信息。

| | | |
|---|---|---|
| 名　　　称 | 广州冠腾饰品有限公司 | |
| 类　　　型 | 有限责任公司(自然人独资) | |
| 法定代表人 | 卢一铭 | |
| 经营范围 | 文教、工美、体育和娱乐用品制造业（具体经营项目请登录国家企业信用信息公示系统查询，网址：http://www.gsxt.gov.cn/。依法须经批准的项目，经相关部门批准后方可开展经营活动。） | |

注 册 资 本　壹拾万元（人民币）

成 立 日 期　2022年03月04日

营 业 期 限　2022年03月04日 至 长期

住　　　所　广州市番禺区沙头街沙头村碧沙环村街111号315

登 记 机 关



2022 年 03 月 04日

# Business License

(Duplicate Copy)

Registration Number: S2612022008846G (2-2)

Unified Social Credit Code 91440113MA9YBB1N94

Company Name: Guangzhou Guanteng Shi Pin Co., Ltd.

Company Type: Limited Liability Company (Natural Person Sole Proprietorship)

Address: Room 315, No.111 Bisha Huancun Street, Shatou Village, Shatou Street, Panyu District, Guangzhou City

Legal Representative: LU Yiming

Registered Capital: RMB 100,000

Date of Establishment: March 4, 2022

Period of Operation: March 4, 2022 – Long-term

Scope of Business: manufacturing of cultural, arts, sports, and recreational products. (for specific business activities, please check the National Enterprise Credit Information Publicity System at http://www.gsxt.gov.cn/. For activities requiring approval, business operations may commence only after obtaining the necessary approvals from relevant authorities.)

**Registration Authority:** Guangzhou Panyu District Market Supervision and Administration Bureau

[seal of Guangzhou Panyu District Market Supervision and Administration Bureau]

March 4, 2022

Enterprise Credit Information Publicity System URL: http://www.gsxt.gov.cn

The business entity must submit its annual report between January 1 and June 30 each year through the National Enterprise Credit Information Publicity System.

Supervised by the State Administration for Industry and Commerce of the People's Republic of China.

**CERTIFICATION OF TRANSLATION**

I, Fengquan Li, being over the age of eighteen, duly sworn and deposed, hereby swear and attest to the following:

My qualifications as a translator are as follows: I grew up in the People's Republic of China ("PRC") and Chinese is my native language. I am fluent in English and fully competent to translate from Chinese to English. I have personally made the above English translation of the attached Exhibit A to Liping Chen Declaration. To the best of my knowledge and ability, the translation is complete and accurate.

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed on February 24, 2025, in Houston, Texas.

_Fengquan Li_
_____
Fengquan Li