**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

-----------------------------------------------------------------------X

HALLMARK LICENSING, LLC,

                         Plaintiff,

                                              Case No.: 24-cv-00112

    v.

THE PARTERNSHIPS and UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

                         Defendants.

-----------------------------------------------------------------------X

## DECLARATION OF FENGQUAN LI

I, Fengquan Li, declare as follows:

1. I am an attorney licensed to practice in the state of New York, and an associate at the law firm of DGW Kramer LLP, counsel for Defendant Kekeduck.

2. I am over 18 years of age; I make this declaration based on my personal knowledge. If called as a witness, I can competently testify to the matters stated herein.

3. I am fluent in English and Chinese is my native language. I am also familiar with Google Maps, Bing Maps and Baidu Maps, a well known and recognized online map service used by many people in China. In my experience, Google Maps and Bing Maps do not consistently work well to locate addresses in China, especially when using English translations of a Chinese address. Chinese based map services, like Baidu Maps are more consistent in locating an address, especially when searching using Chinese characters. Searching Baidu Maps using an English translation may not provide the same search result as when searching the same address using the Chinese

1

characters.

4. I conducted a search for the address "沙头街沙头村碧沙环村街111号315，广州市，番禺区，广东省，511400，CN" by copying and pasting the Chinese characters directly from Kekeduck's Amazon Profile Page into Baidu Maps.   Attached hereto as **Exhibit A** is a true and accurate screenshot of my search results.

5. Exhibit A displays multiple businesses located at "沙头街沙头村碧沙环村街111号，广州市，番禺区" which translates to "No. 111 Bisha Huancun Street, Shatou Village, Shatou Street, Panyu District, Guangzhou".   For example, the first result is a photography studio named "Upstairs Photography Studio" (translated from Chinese); the second result is a Chinese restaurant named "Xiao Ma Ge Restaurant – Dezhi 12th Avenue Branch" (translated from Chinese); the third result is a commercial or office building named "Dezhi Time Square" (translated from Chinese), based on the accompanying image, which shows a large multi-story business complex; the fourth and fifth results are general location references within Panyu District; the sixth result is another photography studio named "Yuanpitu Photography – Shatou Street Branch" (translated from Chinese).

6. Based on the search results and my experience using Baidu Maps, the address "No. 111 Bisha Huancun Street, Shatou Village, Shatou Street, Panyu District, Guangzhou" is a large multi-unit building with various businesses.   The third result, "Dezhi Time Square", appears to be the name of the building.   Accordingly, many businesses may share the physical address "No. 111 Bisha Huancun Street, Shata Village, Shata Street, Panyu District, Guangzhou".

2

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 25th, 2025            By: _*Fengquan Li*_

                                               Fengquan Li

3