# EXHIBIT A

Page 1

沙头街沙头村碧沙环村街111号315, 广州市,番禺区,广东省,511400,cn — 百度地图

https://map.baidu.com/search/沙头街沙头村碧沙环村街111号315, 广州市,番禺区,广东省,511400,cn/@12618491.187409794,2609248.605,18.25z?querytype=s&da_src=shareurl&wd=沙头街沙头村碧沙环村街111号315, 广州市,番禺区,广东省,511400,cn&c=257&src=0&pn=0&sug=0&l=21&b=(12618306.593512883,2609127.411245246;12618483.843512883,2609226.911245246)&from=webmap&biz_forward={"scaler":2,"styles":"pl"}&device_ratio=2

沙头街沙头村碧沙环村街111号315, 广州市,

登录即可一键发送地点到手机 登录

1 Upstairs摄影基地
沙头街碧沙环村街111号3号电梯4楼
电话:13711115687/18124250027

2 小马哥美食坊(德智十二道店)
★★★☆☆ 中餐馆
沙头街沙头村碧沙环村街111号德智十二道

3 德智时光里
沙头村碧沙环村街111号
电话:13826291886

4 沙头村
广州市番禺区禺山西路123号

5 沙头村
广州市番禺区禺山西路107号

6 嬉皮兔摄影(广州沙头街店)
广州市番禺区沙头街沙头村碧沙环村街111号205号

扫码打开百度地图APP
全新数据体验，邀您共建

© 2025 Baidu - GS(2023)3206号 - 甲测资字11111342 - 京ICP证030173号 版权信息 百度首页 服务条款 隐私政策 商业合作 地图开放平台 品牌/商户认领 意见建议 下载地图客户端 新增地点 百度营销

Captured by FireShot Pro: 24 February 2025, 18:10:20
https://getfireshot.com