IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DONGGUAN ORUI TOYS & GIFTS CO., LTD, et al.,<br><br>Defendants. | Case No. 24-cv-00112<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 25, 2024 [55], in favor of Plaintiff Hallmark Licensing, LLC ("Hallmark" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one hundred thousand dollars ($100,000) of trademark statutory damages per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| Fotoobackdrops | 16 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 16th day of April 2025.

Respectfully submitted,

<u>/s/ Jennifer V. Nacht</u>
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*